IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00179-RPM-MEH

CHRISTINA CLECKNER,

    Plaintiff,

v.

DELTA MANAGEMENT ASSOCIATES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 27, 2009.**

    The Stipulated Motion for Entry of Protective Order [filed March 26, 2009; docket #7] is **granted**. The Protective Order in this matter is filed contemporaneously with this minute order.